AO 91 (Rev. 02/09) Criminal Complaint  **FELONY**

United States Courts Southern District of Texas
FILED
September 4, 2023
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ashley Michelle QUEZADA<br>*Defendant* | Case No. 1:23-MJ-623-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **September 4, 2023**, in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **18** U.S.C. § **554**,

an offense described as follows:

knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

*Complainant's signature*

Eli Rocha, Special Agent
Homeland Security Investigations

*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on September 5, 2023.

Date: September 5, 2023

*Judge's signature*

City and state: Brownsville, Texas

Karen Betancourt, U.S. Magistrate Judge
*Printed name and title*

1:23-MJ-623-1

## Attachment A

On Monday, September 4, 2023, Ashley Michelle QUEZADA arrived at the Gateway Port of Entry as the driver of a 1995 black Dodge Ram. QUEZADA stated the purpose of her trip was to visit family, and added her personal vehicle was not working and she borrowed the black Dodge ram from her brother. QUEZADA provided a negative declaration to CBP and stated she was returned from Mexico to the U.S. due to the vehicle not being registered to her.

A Canine Enforcement Officer (CEO) conducted a K-9 screening of the vehicle while at primary inspection and noticed QUEZADA getting nervous. QUEZADA was asked by the CEO if she was the owner of the vehicle to which she responded that she was crossing the vehicle into Mexico for her cousin, but she was returned to the U.S. by Mexican Customs. The CEO checked a speaker box behind the seat and noticed QUEZADA getting very anxious. A check of a luggage that was on the passenger side floorboard yielded the discovery of a high-capacity AR drum magazine concealed between the clothes.

During the vehicle secondary inspection, nineteen (19) firearms and 28 magazines were discovered within the speaker box. Inside the passenger side door, a black sock was found to contain 553 rounds of assorted calibers of ammunition.

During a post-Miranda interview of QUEZADA, she stated the following to HSI SAs. QUEZADA stated she was asked for a favor by one of her husbands' friends. The favor was to cross the Dodge Ram pickup truck into Mexico where someone would be meeting with her to take possession of it. QUEZADAS husband was paid $150 by a male subject which they met at the Ross parking lot in downtown Brownsville. QUEZADA was given possession of the vehicle and crossed into Mexico. When she was returned to the U.S., she states she inspected the luggage on the passenger side floorboard. QUEZADA states she felt the drum magazine hidden with the clothing. QUEZADA further stated she knows it is illegal to import/export any type of firearms, ammunition, and magazines.

Once at Primary inspection, QUEZADA failed to declare the drum magazine she knew was in the vehicle.

Fourteen (14) handguns, four (4) AR style rifles and one (1) shotgun were seized from QUEZADA.

Eli Rocha, Special Agent
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on September 5, 2023.

Karen Betancourt
United States Magistrate Judge